No. 84–5601.  WALKER v. MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 84–5608.  BRASWELL v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 84–5623.  HOWELL v. TRUMPOWER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 84–5624.  CREEL v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–5627.  FULFORD v. MAGGIO, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–5628.  ALLSBERRY v. TRUMPOWER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 84–5631.  SEIFERT v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 84–5655.  COTNER v. MUSEMAN ET AL.  C. A. 10th Cir. Certiorari denied.

No. 84–5656.  HOWELL v. COLE, JUDGE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–5660.  MELTON v. RISON, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 84–5661.  RIDLEY v. WALKER.  C. A. 7th Cir.  Certiorari denied.

No. 84–5663.  COLON-RIVERA v. PUERTO RICO DEPARTMENT OF SOCIAL SERVICES ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 84–5664.  VAN SANT v. RUSSELL.  C. A. 4th Cir.  Certiorari denied.

No. 84–5665.  MILLER v. ALLSBROOK.  C. A. 4th Cir.  Certiorari denied.

No. 84–5666.  GLENN v. JEFFES, COMMISSIONER, BUREAU OF CORRECTION OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.